FORM 8.  Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Bristol-Myers Squibb Company     v.     Mylan Pharmaceuticals Inc.

No. 14-1141

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[　] Pro Se     [✓] As counsel for: Bristol-Myers Squibb Co., Bristo-Myers Squibb Pharma Co., Merck & Co., Inc., and Merck Sharp & Dohme Corp.

Name of party

I am, or the party I represent is (select one):

[　] Petitioner     [　] Respondent     [　] Amicus curiae     [　] Cross Appellant

[　] Appellant     [✓] Appellee     [　] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[　] Petitioner or appellant     [　] Respondent or appellee

My address and telephone are:

Name:                    William F. Lee
Law firm:                Wilmer Cutler Pickering Hale and Dorr LLP
Address:                 60 State Street
City, State and ZIP:     Boston, MA  02109
Telephone:               (617) 526-6000
Fax #:                   (617) 526-5000
E-mail address:          William.Lee@wilmerhale.com

Statement to be completed by counsel only (select one):

[✓]  I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[　]  I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[　]  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): April 27, 1984

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[　] Yes     [✓] No

[　] A courtroom accessible to the handicapped is required if oral argument is scheduled.

01/21/2014
Date

/s/ William F. Lee
Signature of pro se or counsel

cc:  See attached Certificate of Service

123

# CERTIFICATE OF SERVICE

I hereby certify that, on this 21st day of January, 2014, I electronically filed the foregoing Entry of Appearance with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.  I further certify that I caused a copy of same to be sent by electronic mail to:

## <u>Counsel for Appellants Mylan Pharmaceuticals Inc. and Matrix Laboratories Ltd.</u>

**David R. Marriott**
**David Greenwald**
**David J. Kappos**
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
address:dmarriott@cravath.com
dgreenwald@cravath.com
dkappos@cravath.com


*/s/ William F. Lee*

William F. Lee


| | |
|---|---|
| **Law Firm:** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Address:** | 60 State Street |
| **City, State, ZIP:** | Boston, MA  02109 |
| **Telephone:** | (617) 526-6000 |
| **FAX:** | (617) 526-5000 |
| **E-mail Address:** | William.Lee@wilmerhale.com |